UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: )
) 18-59411 BEM
JAMES D. CUNNINGHAM ) JURY DEMAND
) Chapter 13
DEBTOR/PLAINTIFF ) Adv Proceedeing 18-5260

## MOTION TO SUBSTITUTE PARTIES

**COMES NOW JAMES D. CUNNINGHAM,** Debtor/Plaintiff in the above styled action files Motion To Substitute Parties by removing The Honorable Berryl A. Anderson as a Defendant in her personal and professional capacities, and replace her as Defendant, with The Honorable Phyllis R. Williams, in both her personal and professional capacities.

Debtor/Plaintiff inadvertantly and incorrectly names Judge Anderson due to the fact that all communications from the magistrate court indicated she was the presiding judge, and the first hearing held, Debtor/Plaintiff was in very ill health, barely able to maintain consciouosness due to COPD and stress related issues associated with his ongoing medical condition, all of which was excerbated by the abusive treatment of the presiding judge at that hearing, and such that eventually overwhelmed Debtor/Plaintiff who stopped breathing and had to be removed to the hospital by ambulance, from the hearing.

His condition was such that combined with the judge's non-stop berating and verbally abusing him, that he simply was not aware of the nameplate on the bench being that of Judge Williams, and not that of Judge Anderson, and it was not until the

next hearing on October 22, 2018, was Debtor/Plaintiff made aware of this.

**This is an extremely regretable event and very troubling to Debtor/Plaintiff**, as while he definitely has had some serious issues with treatment by some judges over the years, he would never intentionally falsely name anyone as a party to a lawsuit, or anything else, and especially not a judge, as that is probably one of the worst inequities a judge can be made to endure – having their professional and/or personal integrity impuned in a legal setting, and such that cannot help but cast a dark shadow over same, deserved or not.

Debtor/Plaintiff wants the record to VERY clearly reflect the fact that other than being listed in court paperwork, to Debtor/Plaintiff's knowledge, Judge Anderson has not acted on, nor has she presided over any hearings Debtor/Plaintiff has been party to, nor has she entered any rulings, opinions or other things concerning Debtor/Plaintiff, and accordingly, the accusations intended to be leveled at Judge Willams could not conceievably be claimed against Judge Anderson by Debtor/Plaintiff and all instances of such are hereby retracted by Debtor/Plaintiff.

Respectfully submitted this 22nd day of October, 2018.

James D. Cunningham
4313 Executive Drive
Stone Mountain, GA 30083

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have, this 22nd day of October, 2018, served the foregoing upon the following, with proper first class postage applied.

Rubin Lubin, LLC
3145 Avalon Ridge Place #100
Peachtree Corners, GA 30071

Sonya N. Buckley Attorney for the
Chapter 13 Trustee
191 Peachtree St. Suite 2200
Atl, GA 30303

Honorable Berryl A. Anderson
556 N. McDonough St
Decatur, GA 30030

_____
James D. Cunningham