UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| | 18-59411 BEM |
| JAMES D. CUNNINGHAM | JURY DEMAND |
| | Chapter 13 |
| DEBTOR/PLAINTIFF | Adv Proceeding 18-5260 |
| | |
| DEBTOR/PLAINTIFF | Adv. Proceding 18-5223 |

## MOTION TO EXTEND TIME TO RESPOND

**COMES NOW JAMES D. CUNNINGHAM,** Debtor/Plaintiff in the above styled actions moves this Court to Extend Time To Respond on all matters in 18-59411, 18-5223 and 18-5260 not yet responded to by Debtor Plaintiff, for excusable neglect.

Brief in support to follow.

Respectfully submitted this 30th day of November, 2018.

James D. Cunningham
4313 Executive Drive
Stone Mountain, GA 30083
770.557.2428

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have, this 30th of November 2018, served the within and foregoing upon the following, by depositing in the U.S. Mail with proper first class postage applied.

Dekalb County Georgia
c/o CEO Michael Thurmond
1300 Commerce Drive
Decatur GA 30030

Rubin Lublin, LLC
3145 Avalon Ridge Place #100
Peachtree Corners GA 30071

Freedom Mortgage Corp
c/o Rubin Lublin, LLC
3145 Avalon Ridge Place #100
Peachtree Corners GA 30071

Najarian Capital, LLC
&
Oksana Sepich
c/o Zarah Najarian
1405 N. Riverside Cir.
Atlanta, GA 30328

Najarian Capital, LLC
6065 Roswell Rd #880
Atlanta, GA 30328

Mary Ida Townson
Chapter 13 Trustee
c/o Sonya N. Buckley
Atty For Chapter 13 Trustee
191 Peachtree Street #2200
Atlanta, GA 3303

Honorable Phyllis R. Williams
Magistrate Judge
Dekalb County Courthouse
556 N. McDonough Street
Decatur, GA 30030

Honorable Barbara Ellis-Monro
United States Bankruptcy Court i98
Room 1340
75 Ted Turner Drive SW
Atlanta GA 30303

Honorable Berryl A. Anderson
Chief Magistrate Judge
Dekalb County Courthouse
556 N. McDonough Street
Decatur GA 30030

Richard I. Berkowitz
Dekalb County Marshal
Room G-10 Ground Floor
556 N. McDonough St.
Decatur GA 30030
Courtesy Copy

Flora Manship
U. S. Attorney's Office
Suite 600
75 Ted Turner Drive
Atlanta, GA 3303

John K. Rezac  
Taylor English Duma LLP  
1600 Parkwood Circle  
Suite 200  
Atlanta GA 30339  

Joshua G. Crowe  
75 Northlake Drive  
Hartwell, GA 30643  

Hon. Barbara Ellis-Monro  
United States Bankruptcy Court  
Room 1340  
75 Ted Turner Drive  
Atlanta GA 30303  

Marshal Richard I. Berkowitz  
G-10 Ground Floor  
556 N. McDonough St  
Decatur, GA 30030  

John Turner  
5013 Cagle Mill Rd  
Lula GA 30554  

Hon. Phyllis R. Williams  
Magistrate Judge  
Dekalb Couont Courthouse  
556 N. McDonough ST  
Decatur. GA 30030  

Hon. Berryl A. Anderson  
Chief Magistrate Judge  
Dekalb County Courthouse  
556 N. McDonough St  
Decatur, GA 30030  

Hon. J.P. Boulee  
Superior Court Judge  
Dekalb County Courthouse  
556 N. McDonough St  
Decatur, GA 30030  

_____  
James D. Cunningham