UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | 18-59411 BEM |
| | ) | 18-5223 |
| JAMES D. CUNNINGHAM | ) | 18-5260 |
| | ) | Chapter 13 |
| DEBTOR | ) | JURY DEMAND |

*FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 NOV 30 PM 4:01

H. REGINA THOMAS
CLERK*

## RULE 9023 MOTION TO AMEND JUDGMENT

Comes now James D. Cunningham, Debtor in the above styled action, and moves this Court to AMEND its NOVEMBER 20, 2018 ORDER and JUDGMENT [Doc. 71], and due to manifest errors of law and fact.

### BRIEF IN SUPPORT TO FOLLOW

Respectfully submitted this 30th day of November, 2018.

_____
James D. Cunningham
4313 Executive Drive
Stone Mountain, GA 30083

1

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have, this 30th of November 2018, served the within and foregoing upon the following, by depositing in the U.S. Mail with proper first class postage applied.

Dekalb County Georgia
c/o CEO Michael Thurmond
1300 Commerce Drive
Decatur GA 30030

Rubin Lublin, LLC
3145 Avalon Ridge Place #100
Peachtree Corners GA 30071

Freedom Mortgage Corp
c/o Rubin Lublin, LLC
3145 Avalon Ridge Place #100
Peachtree Corners GA 30071

Najarian Capital, LLC
&
Oksana Sepich
c/o Zarah Najarian
1405 N. Riverside Cir.
Atlanta, GA 30328

Najarian Capital, LLC
6065 Roswell Rd #880
Atlanta, GA 30328

Mary Ida Townson
Chapter 13 Trustee
c/o Sonya N. Buckley
Atty For Chapter 13 Trustee
191 Peachtree Street #2200
Atlanta, GA 3303

John K. Rezac
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta GA 30339

Honorable Phyllis R. Williams
Magistrate Judge
Dekalb County Courthouse
556 N. McDonough Street
Decatur, GA 30030

Honorable Barbara Ellis-Monro
United States Bankruptcy Court i98
Room 1340
75 Ted Turner Drive SW
Atlanta GA 30303

Honorable Berryl A. Anderson
Chief Magistrate Judge
Dekalb County Courthouse
556 N. McDonough Street
Decatur GA 30030

Richard I. Berkowitz
Dekalb County Marshal
Room G-10 Ground Floor
556 N. McDonough St.
Decatur GA 30030
Courtesy Copy

Flora Manship
U. S. Attorney's Office
Suite 600
75 Ted Turner Drive
Atlanta, GA 3303

John Turner
5013 Cagle Mill Rd
Lula GA 30554

Hon. Phyllis R. Williams
Magistrate Judge

2

Joshua G. Crowe
75 Northlake Drive
Hartwell, GA 30643

Dekalb Couont Courthouse
556 N. McDonough ST
Decatur. GA 30030

Hon. Barbara Ellis-Monro
United States Bankruptcy Court
Room 1340
75 Ted Turner Drive
Atlanta GA 30303

Hon. Berryl A. Anderson
Chief Magistrate Judge
Dekalb County Courthouse
556 N. McDonough St
Decatur, GA 30030

Marshal Richard I. Berkowitz
G-10 Ground Floor
556 N. McDonough St
Decatur, GA 30030

Hon. J.P. Boulee
Superior Court Judge
Dekalb County Courthouse
556 N. McDonough St
Decatur, GA 30030

James D. Cunningham