

**IT IS ORDERED as set forth below:**

**Date: December 19, 2018**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | **CASE NO. 18-59411-BEM** |
| **JAMES DANIEL CUNNINGHAM,** | : | |
| | : | CHAPTER 13 |
| Debtor. | : | |
| ───────────────────────────── | : | |
| | : | |
| **JAMES DANIEL CUNNINGHAM,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | ADVERSARY PROCEEDING |
| v. | : | |
| | : | NO. **18-5260** |
| **HON. BERRYL A. ANDERSON, et al.,** | : | |
| | : | |
| Defendants. | : | |
| ───────────────────────────── | : | |

### ORDER DENYING RULE 9023 MOTION
### TO AMEND JUDGMENT WITHOUT PREJUDICE

Before the Court is the *Rule 9023 Motion to Amend Judgment* filed by the Plaintiff-Debtor

named above (the "Debtor") in this case on November 30, 2018 (Docket No. 17)(the "Motion to

Amend").   In the Motion to Amend, the Debtor moves for an amendment to an Order entered in

the Main Bankruptcy Case, Case No. 18-59411-BEM (Main Bankruptcy Case Docket No. 71), on grounds of alleged manifest errors of law and fact.

Upon review of the Motion to Amend, it appears that it does not apply to this Adversary Proceeding,[1] as no Order or Judgment has been entered in this Adversary Proceeding to which it could apply.   Instead, by its terms, it applies to an Order and Judgment entered in the Main Bankruptcy Case.   Accordingly, it is

**ORDERED** that the Motion to Amend be, and the same hereby is, **DENIED without prejudice.**

The Clerk is directed to serve a copy of this Order upon the Debtor and the Defendants (using the address of their respective counsel for those who have appeared in this Adversary Proceeding).

**[END OF DOCUMENT]**

---

[1] The above-styled Adversary Proceeding No. **18-5260** (the "Adversary Proceeding") was reassigned from Judge Barbara Ellis-Monro to Judge Baisier on November 1, 2018.  *See* Notice of Case Reassignment (Docket No. 7).   It appears that the same Motion to Amend was filed in the Main Bankruptcy Case on November 30, 2018.  *See* Main Bankruptcy Case Docket No. 74.   This Order is only intended to address the Motion to Amend with respect to this Adversary Proceeding.   This Order does not address any similar request in the Main Bankruptcy Case, Case No. 18-59411-BEM, or in Adversary Proceeding No. 18-5223.