IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>JAMES D. CUNNINGHAM,<br><br>    Debtor. | Case No. 18-59411<br>Chapter 13 |
| JAMES D. CUNNINGHAM,<br><br>    Plaintiff,<br>v.<br><br>HON BERRYL A. ANDERSON, in her personal and professional capacity, HON BARBARA ELLIS-MONRO, in her personal and professional capacity, MARY IDA TOWNSON, in her personal and professional capacity, 5 J. DOE COURT EMPLOYEES, OKSANA SEPICH, NAJARIAN CAPITAL, LLC, FREEDOM MORTGAGE CORP., and RUBIN LUBLIN, LLC,<br><br>    Defendants. | Adversary No. 18-05260-pmb |

**FREEDOM MORTGAGE CORPORATION AND RUBIN LUBLIN, LLC'S
MOTION TO RECONSIDER DECISION HOLDING
MOTION TO DISMISS IN ABEYANCE**

COME NOW, Freedom Mortgage Corporation ("Freedom") and Rubin Lublin, LLC ("Rubin Lublin"), and hereby move this Court for reconsideration of its decision to hold Freedom and Rubin Lublin's Motion to Dismiss in abeyance, respectfully showing this Honorable Court as follows:

1. On November 13, 2019, Freedom and Rubin Lublin filed a Motion to Dismiss, arguing that this Court lacks subject matter jurisdiction, and in the alternative, the Amended Complaint fails to state a claim upon which relief can be granted because the claim was barred

1

by the doctrine of res judicata. *See* [Docs. 10, 11]. Specifically, it was argued that this Court's Order Granting the Motion to Validate Foreclosure Sale [Bk. Doc. 38] precluded the claims being brought in the instant case. *See* [Doc. 11] at pp. 6-8.

2. On April 23, 2019, this Court entered an Order on the various motions to dismiss pending before it. With respect to Freedom and Rubin Lublin's motion, this Court found that it did have subject matter jurisdiction. [Doc. 41] at pp. 9-10. As such, it went on to analyze the arguments under Rule 12(b)(6). This Court noted that it was unclear whether the Order Granting the Motion to Validate Foreclosure Sale – which serves as the basis for the res judicata argument – was final and entitled to preclusive effect because of a pending appeal. *Id.* at p. 10. As such, this Court ruled that it would hold the motion to dismiss in abeyance pending resolution of the appeal.

3. Freedom and Rubin Lublin respectfully assert that this Court overlooked controlling law regarding the application of res judicata. "The established rule in the federal courts is that a final judgment retains all of its res judicata consequences pending decision of the appeal." *Jaffree v. Wallace*, 837 F.3d 1461, 1467 (11th Cir. 1988) (quoting 18 C. Wright, A. Miller, & E. Cooper, *Fed. Practice and Procedure* sec. 4433, at 308 (1981 & Supp. 1987)); *see also In re USA*, 624 F.3d 1368, 1379 n.1 (11th Cir. 2010). Motions to reconsider an interlocutory order are appropriate where there is "a need to correct a clear error of law or fact." *Bryan v. Murphy*, 246 F. Supp. 2d 1256, 1258-59 (N.D. Ga. 2003) (citations omitted).

4. Because it is clear that the Order Granting the Motion to Validate Foreclosure Sale is final for purposes of res judicata, notwithstanding the pending appeal, this Court should reconsider its decision to hold the motion to dismiss in abeyance, and instead grant the motion

and dismiss the claims against Freedom and Rubin Lublin for failure to state a claim upon which relief can be granted.

WHEREFORE, Freedom and Rubin Lublin respectfully pray for the following relief:

a) That this Court grant their Motion to Reconsideration, reconsider its decision to hold the motion to dismiss in abeyance, and instead grant the motion and dismiss the claims against Freedom and Rubin Lublin for failure to state a claim upon which relief can be granted; and

b) For any other relief that this Court deems just and proper.

Respectfully submitted, this 24th day of April, 2019.

*/s/ Bret J. Chaness*
Bret J. Chaness (Georgia Bar No. 720572)
Kearstin H. Sale (Georgia Bar No. 650510)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
ksale@rubinlublin.com
bchaness@rubinlublin.com
*Attorneys for Freedom Mortgage Corporation and Rubin Lublin, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 24th day of April, 2019, filed the within and foregoing by CM/ECF, which will serve notice on all represented parties. Additionally, on the same day, I caused a true and correct copy of the within and foregoing to be served via U.S. First Class mail to the following:

James D. Cunningham
4313 Executive Drive
Stone Mountain, GA 30083

                                                      */s/ Bret J. Chaness*
                                                      Bret J. Chaness (Georgia Bar No. 720572)